UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHNNY BARROS BRANDAO,<br><br>Defendant. | Criminal No. 23cr10162<br><br>Violation:<br><br>Count One: False Statement in Application for Passport<br>(18 U.S.C. § 1542)<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 982(a)(6)(A)) |

INDICTMENT

COUNT ONE
False Statement in Application for Passport
(18 U.S.C. § 1542)

The Grand Jury charges:

On or about December 27, 2022, at the United States Embassy in Dakar, Senegal, the defendant,

JOHNNY BARROS BRANDAO,

a citizen of the United States who was a resident of and thereafter found present and arrested in the District of Massachusetts, did willfully and knowingly make false statements in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his passport had been lost in Dakar, Senegal on December 25, 2022, while he was out to dinner, which statements he knew to be false.

All in violation of Title 18, United States Code, Section 1542.

## FORFEITURE ALLEGATION
(18 U.S.C. § 982(a)(6)(A))

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 1542 set forth in Count One, the defendant,

JOHNNY BARROS BRANDAO,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6)(A) any property, real or personal, which constitutes, or is derived from proceeds traceable to the offense and/or was used to facilitate, or was intended to be used to facilitate, the commission of the offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(6)(A), as a result of any act or omission of the defendant –

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 982(a)(6)(A).

A TRUE BILL

_____
FOREPERSON

_____
MEGHAN C. CLEARY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: June 21, 2023
Returned into the District Court by the Grand Jurors and filed.

　　　　　　　　　　　　　　　　/s/ Noreen A. Russo
　　　　　　　　　　　　　　　　DEPUTY CLERK   at 3:05 PM