UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 1:23-cr-10162 |
| | ) | |
| JOHNNY BARROS BRANDAO, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION NO. 2

The Defendant, Johnny Brandao, was charged with serious offenses in Cape Verde, including two separate homicides. The potential penalty for a homicide conviction in Cape Verde is 15-30 years imprisonment. One homicide allegedly occurred on or around March 27, 2014, and the second homicide allegedly occurred on or around July 26, 2021. Mr. Brandao's Cape Verdean trial on the above-referenced offenses has not yet occurred and the charges remain pending.

JOSHUA S. LEVY
Acting United States Attorney

Brian J. Sullivan
David G. Tobin
Assistant U.S. Attorneys
(617) 748-3621
brian.sullivan@usdoj.gov
dtobin@usdoj.gov

JOHNNY BRANDAO
By his attorney,

Jillise McDonough
Law Office of Rosemary C. Scapicchio
(617) 263-7400
jillise@scapicchiolaw.com